UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No.: 3:23-mj-331 |
| | ) | |
| v. | ) | <u>ORDER TO SEAL AFFIDAVIT</u> |
| | ) | <u>IN SUPPORT OF THE</u> |
| | ) | <u>CRIMINAL COMPLAINT</u> |
| ASHTON DURRELL FARLEY | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Affidavit in support of the Criminal Complaint be sealed, to protect the identity of potential government witnesses and the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Affidavit in support of the Criminal Complaint be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 21st day of September 2023.

Signed: September 21, 2023

_____
David C. Keesler
United States Magistrate Judge