UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. **5:23 CR 49** |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **INDICTMENT** |
| 1) ASHTON DURRELL FARLEY ) | |
| a/k/a "Hood" ) | |
| 2) WHITNEY NECOLE BRYANT ) | |
| 3) THOMAS EUGENE IKARD ) | |
| 4) TONYA QUANTINA JACKSON ) | |
| a/k/a "New York" ) | |
| 5) HAROLD MARQUIS WILFONG ) | |
| 6) DUSTIN ERIC WILSON ) | |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an Order directing that the Superseding Indictment, Arrest Warrants, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation, to prevent the flight of the defendants not yet arrested in this case to avoid prosecution, and to prevent the destruction of evidence until further Order of this Court,

IT IS HEREBY ORDERED that the Superseding Indictment, Arrest Warrants, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This 12th day of December, 2023.

David C. Keesler
United States Magistrate Judge